**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACY L. BOWEN, | CASE NO. 1:14-cv-00059-AWI-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| POST MASTER GENERAL, et al., | |
| Defendants. | **(Doc. 2)** |
| _____/ | |

   Plaintiff Stacy L. Bowen filed a complaint on January 15, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

   Dated:   **February 4, 2014**             **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

1